# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**CAROL MCCONNELL**                                                  **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO.: 1:18-CV-00162-SA-DAS**

**WEST POINT HOTEL GROUP, LLC**                                  **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff, Carol McConnell, and Defendant, West Point Hotel Group, LLC, have agreed to and announce to the Court a confidential settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, including all claims brought or that could have been brought by any party, with the parties to bear their own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED this the 3rd day of June, 2019.

                                                  /s/ Sharion Aycock
                                                UNITED STATES DISTRICT COURT JUDGE

Agreed to by:

                                                */s/ Bradley D. McAdory*
                                                Bradley D. McAdory, Esq.
                                                ***Attorney for Plaintiff***

                                                */s/ H. David Clark, III*
                                                W. Thomas Siler, Jr., Esq.
                                                H. David Clark, III, Esq.
                                                ***Attorneys for Defendant***